In The United States District Court
For The District of South Carolina
Florence Division

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>-VS-<br>Phillip Scott Furr<br>Defendant. | Case No. 4:10-cr-01043-TLW<br><br>Dated. May, 20th, 2013 |

Motion For Reconsideration Of
The Court's imposed Sentence

The Defendant Phillip Scott Furr, moves before
The Honorable District Judge, Terry L. Wooten
with This motion For Reconsideration of The
Said Sentence That was handed down on
May, 15, 2013.

The reason That I Ask The Court To grant
The Said motion is To "Correct" An Error
Of A "incorrect" Guideline Level That
was imposed By The Court.

The Court used An incorrect Level
of "enhancement" By using That The Said
Conviction of The Guns Come From A
Crime Of Violence.

NOTE: → Please Be Advised That The Defendant
was convicted of "Larceny" And
The Burglary Indictment was "Dismissed".
This Said Larceny Conviction isn't
Consider A Crime Of Violence under The
Guide Line 4B1.4
Please Bring me Back Before The Court
And Correct The Said Error.  Thank you,
                                                    Phillip Furr