## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 05/21/13 | **District:** SOUTH CAROLINA | **District Case No.:** 4:10-cr-01043-TLW-1 |
| ___ First NOA in Case | **Division:** FLORENCE | **4CCA No(s). for any prior NOA:** 11-4881 4CCA |
| ✓ Subsequent NOA-same party | | **4CCA Case Manager:** |
| ___ Subsequent NOA-new party | **Caption:** USA V PHILLIP SCOTT FURR | |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA   ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

**Confinement-Criminal Case:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
✓ In custody
___ On bond
___ On probation

**Defendant Address-Criminal Case:**
#22118-171
1027 Old Latta Highway
Dillon   SC   29536

**Fee Status:**
___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
✓ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:**
Chief Judge Terry L Wooten

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter** (list all):
Raymond Simmons
Mary Schweinhagen
Vince Rolland
Sharon Welch-Meyer

**Coordinator:**

**Sealed Status** (check all that apply):
✓ Portions of record under seal
___ Entire record under seal
___ Party names under seal
___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
___ In-court hearings held – all transcript on file
✓ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
___ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Sharon Meyer      Phone: 676-3824      Date: 05/22/13

01/2012