

OFFICE OF THE CLERK
P.O. BOX 2317
FLORENCE, SC 29503

OFFICIAL BUSINESS

TO: Phillip Scott Furr
#22118-171
1027 Old Latta Highway
Dillon  SC  29536

NIXIE    295362027-1N         06/06/13

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

ITEM X-RAYED BY
USMS